1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL  scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12
                                    ) Case No.**2:09-cv-02714-LKK-KJM**
13 Scott N. Johnson                 )
                                    ) STIPULATION AND ORDER RE:
14          Plaintiff,              ) EXTENSION OF TIME UNTIL
                                    ) FEBRUARY 15, 2010 FOR DEFENDANT
15      vs.                         ) ANNIE H. FONG TO RESPOND TO
                                    ) COMPLAINT
16 Annie H. Fong, Individually and )
                                    )
17 as Trustee of Revocable Living   )
                                    )
18 Trust dated September 8, 1989,   )
                                    )
19          Defendant               )
                                    )
20 _____ )

21

22      Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

23 Johnson and Defendant,  Annie H. Fong, by and through their

24 respective attorneys of record, Scott N. Johnson; Kevin M.

25 Dollison, stipulate as follows:

26

27

28

              STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1.  No extension of time has been previously
    obtained.

2.  Defendant Annie H. Fong is granted an extension
    until February 15, 2010 to respond or otherwise
    plead reference to Plaintiff's complaint.

3.  Defendants' Annie H. Fong response will be due
    no later than February 15, 2010.


IT IS SO STIPULATED effective as of December 18, 2009


Dated:   December 18, 2009              /s/Kevin M. Dollison___

                                        Kevin M. Dollison,

                                        Attorney for Defendant

                                        Annie H. Fong


Dated:   December 18, 2009              /s/Scott N. Johnson ____

                                        Scott N. Johnson,

                                        Attorney for Plaintiff


   **IT IS SO ORDERED:** that Defendant Annie H. Fong shall
have until February 15, 2010 to respond to complaint.


Dated: December 28, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT


STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com